UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI SHAFFER, et al.,

    Plaintiffs,

v.    Case No. 07-15425
    Hon. Sean F. Cox

COMERICA INCORPORATED, et al.,

    Defendants.

_____

## ORDER GRANTING DEFENDANTS' MOTION TO STRIKE JURY DEMAND

This matter is before the Court on Defendants' Motion to strike jury demand. Defendants argue that the contract at issue expressly waives the right to a jury trial. A hearing was scheduled for April 3, 2008. Plaintiffs did not file a response to Defendants' Motion. On March 27, 2008, Plaintiffs indicated to the Court that the Motion is unopposed.

Accordingly, having considered Defendants' Motion and accompanying brief, and Plaintiffs' failure to oppose the Motion, Defendants' Motion to strike jury demand is **GRANTED**.

    **IT IS SO ORDERED.**

    **S/Sean F. Cox**
    **Sean F. Cox**
    **United States District Judge**

**Dated: April 1, 2008**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on April 1, 2008, by electronic and/or ordinary mail.**

    **S/Jennifer Hernandez**
    **Case Manager**